# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANGELA C. SPAHN**                                                                                          **PLAINTIFF**

**v.**                                  **Case No. 1:18-cv-00052-KGB-BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                            **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 14). The Recommended Disposition recommends that this Court reverse the Commissioner's decision and remand the matter to the Commissioner to develop the record as necessary and to reconsider plaintiff Angela C. Spahn's residual functional capacity and the medical evidence (*Id.*). The time for filing objections to the Recommended Disposition has passed, and no objections have been filed. After reviewing the Recommended Disposition, the Court adopts the Recommended Disposition as its findings in all respects (*Id.*).

It is therefore ordered that the Commissioner's decision is reversed and remanded with instructions to develop the record as necessary and to reconsider Ms. Spahn's residual functional capacity and the medical evidence. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So ordered this 29th day of August 2019.

                                                                Kristine G. Baker
                                                                United States District Judge