IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA C. SPAHN                                                                          PLAINTIFF

v.                          Case No. 1:18-cv-00052-KGB-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

So adjudged this the 29th day of August 2019.

_____
Kristine G. Baker
United States District Judge